**UNITED STATES of America, Appellant, v. 464.666 ACRES OF LAND, MORE OR LESS, IN HEEIA, MOKAPU PENINSULA, OAHU, TERRITORY OF HAWAII, Joseph Akau, et al., Appellees.**

No. 10854.

Circuit Court of Appeals, Ninth Circuit.

Aug. 28, 1944.

Charles F. Rathbun and Robert S. Tarnay, Sp. Assts. to Atty. Gen., of Honolulu, T. H., for appellant.

Before DENMAN and HEALY, Circuit Judges.

356

PER CURIAM.

Upon consideration of the motion of appellant for dismissal of the appeal herein, as to certain parcels and good cause therefor appearing, it is ordered that said motion be and hereby is granted and that the appeal as to parcels 38, 42, 43, 46, 49, 50, 52, 53, 54, 55, 56, 58, 59, 60, 61, 63, 85, 87, 93, 101, 119 and 294, be and hereby is dismissed, that a decree of dismissal be filed and entered accordingly and that the mandate of this court in this cause as to those certain parcels be forthwith issued by the clerk.